UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Heys Edward McMath, III, | ) C/A No. 4:17-1219-JMC-TER |
| Petitioner, | ) |
| vs. | ) |
| Bannum Inc. d/b/a Bannum Place, Federal Bureau of Prisons, | ) ORDER |
| Respondents. | ) |

This is an action seeking habeas relief. Petitioner is a federal prisoner previously under home confinement. Under Local Civil Rule 73.02(B)(2) of the United State District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. Petitioner paid the filing fee. (ECF No. 1).

On May 15, 2017, the court authorized service of process by the Clerk pursuant to Rule 4 of the Rules Governing Section 2254 cases.[1] The registered mail addressed to Respondent Bannum Inc., through its registered agent for service of process, Barbara Moses, at 1219 W Evans St., Florence, SC 29501, according to the information contained in the Petition, was returned as "undeliverable due to no mail receptacle."

Federal Rule of Civil Procedure Rule 4 applies to habeas cases under Rule 81(a)(4)(A) of the Federal Rules of Civil Procedure to the extent that the practice in such proceedings "is not specified in a federal statute, [or] the Rules Governing Section 2254 Cases . . . ." The providing of sufficient, accurate, and complete information for service upon the Respondent Bannum Inc. is the responsibility of Petitioner. Accordingly, within ten (10) days of the date of this Order, Petitioner is hereby directed to file with the Clerk of Court additional information to effect service of process on Respondent Bannum Inc. *See e.g.* F.R.C.P. Rule 4.

IT IS SO ORDERED.

s/ Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

June 1, 2017
Florence, South Carolina

---

[1] The Rules Governing Section 2254 Cases may be applied in habeas actions filed pursuant to 28 U.S.C. § 2241. Rule 1(b) of the Rules Governing Section 2254 Cases states a "district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)."